UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANCISCO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.; and<br>NORTHWEST TRUSTEE SERVICES,<br><br>　　　　Defendants. | NO. 2:13-cv-03125-SAB<br><br>**ORDER OF DISMISSAL** |

　　　　The parties filed a Fed. R. Civ. P. 41 Stipulation of Dismissal. ECF No. 44. The stipulation indicates the claims have been fully settled and this matter should be dismissed with prejudice and without costs to any party. The Court finds good cause to accept the stipulated dismissal.

//
//
//
//
//
//
//
//
//

**ORDER OF DISMISSAL** #1

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 44, is **GRANTED**.
2. The above-captioned case is **dismissed** with prejudice and without costs or attorneys' fees to any party.
3. Any pending motions are **dismissed as moot**.
4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 28th day of July 2016.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** #2